Prob 12
(D/VT Rev. 11/16)

# UNITED STATES DISTRICT COURT
## For The
## DISTRICT OF VERMONT

2023 MAY -8  AM 11: 58

CLERK

U.S.A. vs. Amy Chagnon

Docket No. 2:17CR00089 -1

## Petition on Probation and Supervised Release

COMES NOW MARY E. SELLER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Amy Chagnon, who was placed on supervision by the Honorable Christina Reiss sitting in the Court at Burlington, on the 19 day of December, 2022, who fixed the period of supervision at 6 months and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider, and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
**(if short insert here; if lengthy write on separate sheet and attach)**

1. **Mandatory Condition (3): You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

   On or about May 3, 2023, Chagnon used cocaine as evidenced by her admission to the probation officer and a urine sample provide on May 5, 2023, which tested presumptively positive for cocaine and fentanyl.

2. **Special Condition: You must participate in a program approved by the United States Probation Office for substance abuse, which may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered in and amount to be determined by the probation officer based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.**

   On May 5, 2023, Chagnon failed to submit to substance abuse testing when she provided pre-prepared urine during urinalysis testing, as evidenced by observation by the probation officer and admission of Chagnon.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Amy Chagnon before the Court to show cause why her term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this ___8th___ day of ___May___, 20_23_ and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

_____
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2023

*Mary Seller*

Mary Seller
U.S. Probation Officer
Place: Burlington

Date: May 8, 2023