NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.                                         Case No. 2:17-cr-089-1

Amy Chagnon

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Tuesday, May 16, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 510                                 JEFFREY S. EATON, Clerk
                                                                     By: */s/ Jennifer B. Ruddy*
                                                                     Deputy Clerk
                                                                     5/11/2023

TO:

Nicole P. Cate, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter