# NOTICE OF HEARING

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

    v.                                                             Case No. 2:17-cr-089-1

Amy Chagnon

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Thursday, July 13, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Status Conference.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk |
| | By: */s/ Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 6/8/2023 |

TO:

Nicole P. Cate, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter