NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                         Case No. 2:17-cr-089-1

Amy Chagnon

TAKE NOTICE that the above-entitled case has been scheduled at 01:00 p.m. on Monday, August 21, 2023 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 510                                        JEFFREY S. EATON, Clerk
                                                                     By: */s/ Jennifer B. Ruddy*
                                                                      Deputy Clerk
                                                                      6/8/2023

TO:

Nicole P. Cate, AUSA

Mark D. Oettinger, Esq.

Johanna Masse, Court Reporter